```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 58230
   MICHAEL J MILLIUS
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-7832


----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/01/06 and confirmed on 10/05/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   14500.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
----------------------------------------------------------------------------
FIA CARD SERVICES          UNSECURED      NOT FILED         .00          .00
CITI CARD                  UNSECURED      NOT FILED         .00          .00
B REAL LLC                 UNSECURED       11981.44         .00     11981.44
FIA CARD SERVICES          UNSECURED      NOT FILED         .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED            .00         .00          .00
       Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00     11981.44        .00    11981.44
PRINCIPAL PAID          .00           .00     11981.44        .00    11981.44
INTEREST PAID           .00           .00          .00        .00         .00
TOTAL PAID              .00           .00     11981.44        .00    11981.44
The Debtor's attorney, STEVEN H MEVORAH & ASSOC      , was allowed $   2000.00
and was paid $   1000.00  direct and $   1000.00  through the plan.

The Trustee received $    537.01 .

Refunds to the Debtor totaled $    981.55 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 04/11/08                      /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
   CASE NO. 05 B 58230 MICHAEL J MILLIUS
```